

January 26, 2023

**BY ECF**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York 10007-1312

<div style="margin-left: 4em;">

Re:    *Aurelius Capital Master, Ltd., et al. v. The Republic of Argentina*,
Nos. 19 Civ. 351 (LAP), 19 Civ. 9786 (LAP), 19 Civ. 10109 (LAP),
<u>19 Civ. 10131 (LAP), and 19 Civ. 11338 (LAP) (S.D.N.Y.)</u>

</div>

Dear Judge Preska:

We represent Plaintiffs Aurelius Capital Master, Ltd. and ACP Master, Ltd. We write on behalf of all Plaintiffs in the above-referenced actions, and jointly with counsel for Defendant the Republic of Argentina.

The parties have agreed, subject to the Court's approval, to an adjournment of the telephonic status conference scheduled for February 1, 2023, at 9:30 a.m. (scheduled per 19-cv-351, Dkt. No. 122). The parties completed expert discovery on January 24, 2023, and are discussing case scheduling, which they anticipate will result in a stipulated proposed schedule to be presented to the Court.

If acceptable to the Court, the parties propose that the Court adjourn the February 1 status conference, for approximately three weeks, to a date and time that would be convenient for the Court.

<div style="text-align: center;">Respectfully submitted,</div>

| | |
|---|---|
|   *s/ Edward A. Friedman*   |   *s/ Amanda Flug Davidoff*   |
| Edward A. Friedman | Amanda Flug Davidoff |
| FRIEDMAN KAPLAN SEILER & | SULLIVAN & CROMWELL LLP |
|    ADELMAN LLP | 1700 New York Avenue, N.W. Suite 700 |
| 7 Times Square | Washington, D.C. 20006-5215 |
| New York, NY 10036-6516 | (202) 956-7500 |
| (212) 833-1100 | |
| | *Counsel for Defendant The Republic of* |
| *Counsel for Plaintiffs Aurelius Capital* | *Argentina* |
| *Master, Ltd. and ACP Master, Ltd.* | |

Hon. Loretta A. Preska                    - 2 -                    January 26, 2023

_s/ Matthew S. Salerno_____                    _s/ Evan A. Kubota_____
Christopher J. Clark                              Javier Bleichmar
Matthew S. Salerno                               Evan A. Kubota
Ryan Schachne                                    BLEICHMAR FONTI & AULD LLP
LATHAM & WATKINS LLP                              7 Times Square, 27th Floor
1271 Avenue of the Americas                       New York, New York  10036
New York, New York  10020                         (212) 789-1341
(212) 906-1200

                                                 *Counsel for Plaintiff Novoriver S.A.*

*Counsel for Plaintiffs Adona LLC, Egoz I*
*LLC, Egoz II LLC, Mastergen, LLC,*
*Erythrina, LLC, AP 2016 1, LLC, AP 2014*
*3A, LLC, AP 2014 2, LLC, and WASO*
*Holding Corporation*

_s/ Matthew M. Riccardi_____
Matthew M. Riccardi
H. Rowan Gaither IV
Jacob Taber
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, New York  10036-2711
(212) 530-1800

*Counsel for Plaintiff 683 Capital*
*Partners, LP*

cc:    All counsel of record (by ECF)

The status conference currently scheduled for February 1, 2023 is
adjourned to February 22, 2023 at 10:00 a.m. via telephone:
(877)402-9753; Access Code: 6545179.

SO ORDERED.

                                                 *Loretta A. Preska*
                                                 1/27/2023